FILED DEC 2 1 2005
Luther D. Thomas, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ORIGINAL

ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL INFORMATION |
| v. | : |
| | : NO. 4:05-CR-84-HLM |
| NILESH PATEL | : |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 30, 2004, and April 5, 2005, in the Northern District of Georgia, the defendant,

NILESH PATEL,

did knowingly and intentionally distribute a chemical, that is, pseudoephedrine and ephedrine, which may be used to manufacture methamphetamine, a Schedule II controlled substance, knowing, intending and having reasonable cause to believe that it would be used to manufacture methamphetamine, a Schedule II controlled

substance, in a manner other than as authorized by Title 21, United States Code, Sections 801 through 971, all in violation of Title 21, United States Code, Section 843(a)(7).

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

LISA W. TARVIN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 574960

KURT ERSKINE
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 249953

600 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
404/581-6000 (office)
404/581-6171 (fax)

2