# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION <u>ROME</u>
(USAO 2005R01526)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: <u>FLOYD</u>  
DISTRICT COURT NO. <u>4:05-CR-84-HLM</u>  
MAGISTRATE CASE NO. _____

__ Indictment      X Information      __ Magistrate's Complaint

DATE: _____    DATE: DECEMBER 21, 2005    DATE: _____

| UNITED STATES OF AMERICA vs. *NILESH RAMANBHAI PATEL* | SUPERSEDING INFORMATION<br>INDICTMENT 4:05-CR-034 FILED MAY 10, 2005<br>Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:                    TOTAL COUNTS:
(as to deft)                        (as to deft)
GREATER OFFENSE CHARGED:
 X  Felony      __ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY</u>:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3.  X  Is on bail or release from (district, state & date):
    <u>NDGA; 06-06-05</u>

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____    Issued by: _____

<u>IS IN CUSTODY</u>:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __Yes __ No
   ___ Federal  __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes    __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: <u>WALTER E. JOHNSON</u><br>JUDGE: <u>HAROLD L. MURPHY</u><br>A.U.S.A.: <u>LISA W. TARVIN</u><br>DEFT'S ATTY: <u>STEVEN H. SADOW</u> |
|---|---|
| cc: Orig - Court file<br>Copy - U.S. ATTORNEY<br>Copy - Defense Attorney | DAVID E. NAHMIAS<br>UNITED STATES ATTORNEY<br>BY: <u>LISA W. TARVIN</u><br>Assistant United States Attorney<br>DATE: <u>DECEMBER 21, 2005</u> |